IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SEAN EDWARD MEEHAN and TAMARA MICHELE MEEHAN, individually and as next friend, natural guardian, and legal parent of L.M., a minor child,<br><br>  Plaintiffs,<br><br>v.<br><br>R&L BELL TRUCKING, LLC, RONALD DOUGLAS BELL, and PROGRESSIVE EXPRESS INSURANCE COMPANY,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>)  NO.: 1:19-CV-00029<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiffs in the above-styled case, and hereby dismisses **WITH PREJUDICE** their Complaint against all Defendants and hereby authorizes and directs the Clerk of Court to enter said case as dismissed **WITH PREJUDICE** against R&L Bell Trucking, LLC, Ronald Douglas Bell, and Progressive Express Insurance Company. Each party shall bear their own attorneys' fees, expenses and other costs.

**[SIGNATURE PAGE TO FOLLOW]**

This 4th day of September, 2020.

Respectfully submitted,

**LAW & MORAN**

*/s/ E. Michael Moran*
Peter A. Law
Georgia Bar No. 439655
pete@lawmoran.com
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
Tony C. Jones
Georgia Bar No. 227119
tony@lawmoran.com
*Attorneys for Plaintiffs*

**LAW & MORAN**
563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700
(404) 842-7710 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SEAN EDWARD MEEHAN and TAMARA MICHELE MEEHAN, individually and as next friend, natural guardian, and legal parent of L.M., a minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>R&L BELL TRUCKING, LLC, RONALD DOUGLAS BELL, and PROGRESSIVE EXPRESS INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: 1:19-CV-00029 |

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this filing through the Court's system.

Jason D. Lewis
**Chambless, Higdon, Richardson, Katz & Griggs, LLP**
P.O. Box 18056
Macon, GA 31209

N. Matthew Monroe
**Gower, Wooten & Darneille, LLC**
4200 Northside Parkway NW, Building 12
Atlanta, GA 30327

This 4th day of September, 2020.

**[SIGNATURE PAGE TO FOLLOW]**

**LAW & MORAN**


*/s/ E. Michael Moran*
E. Michael Moran
Georgia Bar No. 521602
mike@lawmoran.com
*Attorney for Plaintiffs*

**LAW & MORAN**
563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700
(404) 842-7710 (Fax)